JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.E., A MINOR, BY AND THROUGH GUARDIAN AD LITEM LINETTE HERNANDEZ, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO RUBEN ESCARREGA, DECEASED; ALICE ESCARREGA, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; CITY OF LONG BEACH; AND DOES 1-15, INCLUSIVE,<br><br>Defendants. | Case No. 2:21-cv-06072 SB (KSx)<br><br>**FINAL JUDGMENT** |

For the reasons set forth in the Court's separate Order on Summary Judgment, it is ORDERED AND ADJUDGED that Plaintiffs Alice Escarrega and minor R.E., by and through his guardian ad litem Linette Hernandez, shall take nothing on their claims against Defendants State of California, Kenny Butler, Christian Heilbut, Daniel Howells, Abraham Kim, Adam Phillipson, Jesus Sanchez,

1

and John Valenzuela.  Plaintiffs' claims are DISMISSED with prejudice.  This is a Final Judgment.

Dated:  July 5, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge